UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL BRANDON VICKERS**                                **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO.: 1:21-CV-000106-LG-RPM**

**BP EXPLORATION & PRODUCTION INC.** and
**BP AMERICA PRODUCTION COMPANY**                        **DEFENDANTS**

## MOTION BY BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY TO WITHDRAW CERTAIN COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants, BP Exploration & Production, Inc. and BP America Production Company (hereinafter "Defendants"), and respectfully move this Court for an Order withdrawing Eric L. White, as counsel of record for Defendants. Defendants will continue to be represented by Chan E. McLeod, Richard M. Crump, Christi G. Jones and Cecelia Virden of the law firm of Maron Marvel Bradley Anderson & Tardy LLC and Adrianne Katrine Jakola, Kristopher S. Ritter and Martin L. Roth of the law firm of Kirkland & Ellis LLP, this withdrawal will not prejudice any party or affect any pre-trial or trial deadlines.

Pursuant to L.U.Civ.R. 7(b)(10), undersigned has conferred with opposing counsel who has no opposition to this motion.

Respectfully submitted,

/s/ *Charles (Chan) E. McLeod*
Charles (Chan) E. McLeod (MSB# 101182)
Richard M. Crump (MS Bar # 101066)
Christi G. Jones (MSB # 103004)
Cecelia Virden (MS Bar# 105199)
**MARON MARVEL BRADLEY
ANDERSON & TARDY LLC**
1020 Highland Colony Parkway, Suite 400

Telephone: (601) 812-6630
Telefax: (601)206-0119
cmcleod@maronmarvel.com
rcrump@maronmarvel.com
cjones@maronvarvel.com
cvirden@maronmarvel.com

***Attorneys for Defendants BP Exploration & Production Inc. & BP America Production Company***

and

Adrianne Katrine Jakola - PHV
Kristopher S. Ritter - PHV
Martin L. Roth - PHV
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200
katie.jakola@kirkland.com
kristopher.ritter@kirkland.com
rothm@kirkland.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/ *Charles (Chan) E. McLeod*
Charles (Chan) E. McLeod (MSB# 101182)